## GRAND JURY RETURNS - RICHMOND DIVISION

Date 3/19/24    Judge Colombell, USMJ    Counsel for Govt Stephen Anthony
Grand Jury Panel # 23-2    Grand Jury Foreperson ( X )    Court Reporter Colleen Gregory-Gethel

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:

1. US v Papoulogiou
2. US v Sealed
3. US v Sealed
4. US v _____
5. US v _____

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:

1. US v Cano-Morales
2. US v Fisher
3. US v Kendrick
4. US v Allen
5. US v _____

On motion of the Government, SUMMONS shall be issued as follows:

1. US v _____
2. US v _____
3. US v _____
4. US v _____

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:

1. US v Abarca-Valdovinos
2. US v Ebron
3. US v Hudson

Returns were made on the following defendants NO SERVICE requested (make notation as to why):

1. US v _____
2. US v _____

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:

1. US v _____
2. US v _____

Began: 5:05    Ended: 5:20    Time in Court: 15 minutes