CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: SPEIGHT  
REPORTER: FTR  
DOCKET NO. 3:24cr44  
DATE: 3/27/24  

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. Josue Cano-Morales          1. Javionte Johnson

**APPEARANCES:** GOVERNMENT _Stephen Anthony_ (✓)  
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )  
INTERPRETER ____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: ____ ( )  
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) ____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: 3/27/24   GOVT'S MOTION TO UNSEAL ( )  
INITIAL APPEARANCE (✓)  
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )  
GOVT SUMMARIZED CHARGES (✓) DEFT. ADVISED OF RULE 5 RIGHTS (✓)  
FINANCIAL AFFIDAVIT (✓) COUNSEL TO BE APPOINTED (✓) Javionte Johnson  
DEFT TO RETAIN COUNSEL ( )  
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )  
DEFT REMANDED (✓) DETENTION HEARING SET: ____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )  
WITNESS(ES) ____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )  
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )  
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  
DEFT REMANDED ( ) GOVT NOT SEEKING DETENTION ( )  
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )  
WITNESS(ES) ____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(f) ( )

**CASE CONTINUED TO:** April 1, 2024 @ 2:15pm FOR Arraign/Deten.

CASE SET: 2:30pm   BEGAN: 2:51pm   ENDED: 2:59pm   TIME IN COURT: 8 min.