CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL  
REPORTER: FTR  
DOCKET NO. **3:24cr44**  
DATE: **4/1/24**

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. **Josue Cano-Morales**  
1. **Javionte Johnson**

Deft appeared via VTC ( ) ZOOM ( )

**APPEARANCES:** GOVERNMENT **Stephen Anthony** (✓)  
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT (✓)   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( )  
DETENTION (✓)   OTHER: _____ ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**ARRAIGNMENT PROCEEDINGS:**

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | Josue Cano-Morales | ✓ | | | ✓ | ✓ | | |
| 2 | | | | | | | | |

**DETENTION HEARING PROCEEDINGS:**  
GOVT ADDUCED EVIDENCE (✓)   DEFT ADDUCED EVIDENCE (✓)  
ARGUMENTS HEARD (✓)   FINDINGS STATED FROM BENCH (✓)  
DEFT WAIVED HEARING ( )  
DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND (✓)   FLIGHT RISK ( )   DANGER ( )  
DEFENDANT RELEASED ON PR BOND ( )   ELECTRONIC MONITORING ( )  
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )  
DEFT REMANDED (✓)  
WITNESS(ES) **Tuzzo, Nicholas FBI** - Govt witness  
Deft - Exhibit 1, letters of support

**OTHER PROCEEDINGS:** MOTIONS ARE TO BE FILED WITHIN ___ DAYS; RESPONSES DUE ___ DAYS THEREAFTER; ___ DAYS FOR REPLY.

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) (✓)

CASE CONTINUED TO: **April 4, 2024 @ 3pm** FOR **Conference Call**

CASE SET: **2:15pm**   BEGAN: **3:00pm**   ENDED: **3:50pm**   TIME IN COURT: **50 min.**