IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal No. 3:24cr44 (DJN)

JOSUE CANO-MORALES,
Defendant.

## ORDER
### (Scheduling Status Hearing)

This matter comes before the Court following an on-the-record status call with all counsel of record on April 4, 2024. For the reasons stated during the call, the Court hereby SCHEDULES a status hearing on **May 9, 2024 at 11 a.m.** By agreement of the parties, the time period between the entry hereof and the hearing on **May 9, 2024**, shall be excluded from the calculation of the deadline for commencing trial under the Speedy Trial Act, 18 U.S.C. § 3161.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: April 4, 2024